IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

**FILED**

MAY 3 0 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:19mj70 |
| vs. | ) | |
| | ) | COURT DATE: June 12, 2019 |
| ANDREA L. PARHAM | ) | |

## CRIMINAL INFORMATION

### CHARGE ONE

(Misdemeanor) Ticket No.7974028

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 11, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, ANDREA L. PARHAM, did operate a motor vehicle during the time for which her operator license was suspended or revoked. (In violation of Title 18, United States Code, Section 7 and 13, which assimilates the Code of Virginia 46.2-301(B)).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil

RECEIVED

2019 MAY 29 P 3 15

CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on May 29, 2019, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, ANDREA L. PARHAM.

<div style="margin-left:50%;">

G. ZACHARY TERWILLIGER
United States Attorney


BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email:  jeremy.skinner@us.af.mil

</div>